# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| NovaStar Mortgage, Inc. | Case No. 1:06-cv-00683 |
| Plaintiff, | Judge Solomon Oliver, Jr |
| vs. | **ORDER OF POSSESSION** |
| Robert and Barb Siple, et al. | |
| Defendants. | |

On November 28, 2006, this Court entered an Order of Confirmation of Sale for the property located at 1684 Harwich Road, Lyndhurst, OH 44124, Parcel Number 713-15-076. On April 6, 2007, NovaStar Mortgage, Inc. filed an Application for Writ of Possession.

It is therefore ordered that:

The occupants of 1684 Harwich Road, Lyndhurst, OH 44124 shall vacate the premises no later than May 6, 2007.  If the property is not vacant by May 6, 2007, the U.S. Marshal and his deputies shall arrange with the Plaintiff to remove any and all belongings still remaining in the premises and rekey the property.  Plaintiff shall supply movers and locksmiths to secure the property, and shall be responsible for storing the occupants' belongings in a secure location for not less than 30 days.

The Clerk of Court shall give notice to the Marshal that he shall remove the Defendants, or any other occupant or occupants from said property and deliver possession of the property to the successful bidder NovaStar Mortgage, Inc.  The Marshal, shall make his return to the Court after completion of the execution of this Order.

/s/SOLOMON OLIVER, JR.
Judge Solomon Oliver, Jr
UNITED STATES DISTRICT JUDGE

G:\Cases - TM\06-27864\Application for Writ-070406-JMS.wpd